# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2787

_____

John L. Shelton

*Plaintiff - Appellant*

v.

Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: March 5, 2018
Filed: March 26, 2018
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

John L. Shelton appeals from the judgment of the district court[1] upholding the Commissioner's determination that Shelton was not entitled to waiver of recovery of

---

[1]The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

overpaid retirement/survivors benefits, and her decision ordering repayment of social security benefits he received. Shelton argues that repayment is against equity and good conscience, because the overpayment was due to the Commissioner's error, and because repayment would cause a financial hardship.

Upon de novo review, this court concludes, for the reasons given by the district court, that substantial evidence supports the Commissioner's decision. See Andrews v. Colvin, 791 F.3d 923, 928 (8th Cir. 2015) (standard of review). The judgment is affirmed. See 8th Cir. R. 47B.

_____